UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 94-8059-CR-RYSKAMP

UNITED STATES OF AMERICA

        Plaintiff,

v.

CLARENCE O'NEAL,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATIONS, MODIFYING SUPERVISED RELEASE CONDITIONS AND ORDERING A MENTAL HEALTH EVALUATION AND TREATMENT AS RECOMMENDED

THIS CAUSE is before the Court upon the United States Probation Office's petition to modify the defendant Clarence O'Neal's supervised release conditions and after reviewing the Report & Recommendations of the Honorable Dave Lee Brannon, United States Magistrate Judge. This Court conducted a de novo review and found the factual findings and legal conclusions in the report to be sound, supported by the record, and well-reasoned. Accordingly, the Court adopts the report and recommendations, and modifies the conditions of supervised release as follows:

IT IS HEREBY ORDERED that defendant Clarence O'Neal shall participate in a mental health evaluation on such date and at such time as directed by the United States Probation Office. The evaluation shall be performed by Donna Rush-Newman at South Florida Clinical Treatment Centers, Inc., 1920 Palm Beach Lakes Blvd, Suite 206, West Palm Beach, FL 33409.

The report of Dr. Rush-Newman shall include recommendations as to whether Clarence O'Neal shall participate in inpatient or outpatient treatment. Defendant's conditions of supervised release are modified to require participation in any treatment recommended by Dr. Rush-Newman.

IT IS FURTHER ORDERED that Dr Rush-Newman shall provide a copy of her report of examination and her recommendations as to any treatment program for defendant to the United States Probation Office and to the counsel for Mr. O'Neal at the Federal Public Defenders Office.

Defendant shall have fourteen days within which to appeal this order.

DONE and SIGNED in Chambers at West Palm Beach, Florida, this 24 day of April, 2015.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT COURT SENIOR JUDGE